O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSCOE CHAMBERS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>DR. ALLEN, et al.,<br><br>　　　　　Defendants. | Case No. 5:17-cv-01353-MWF-KES<br><br>ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the initial Report and Recommendation (Dkt. 75) and the Amended Report and Recommendation (Dkt. 79) of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the recommendations to which objections have been made (Dkt. 77, 80, 81). (The Court deemed Plaintiff's "Reply" as additional objections (Dkt. 81).) The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Dkt. 59) is GRANTED and judgment shall be entered dismissing the

Second Amended Complaint without prejudice and without leave to amend due to Plaintiff's failure to exhaust his administrative remedies.

DATED: February 15, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE