JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROSCOE CHAMBERS, | Case No. 5:17-cv-01353-MWF-KES |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| DR. ALLEN, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Amended Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint is dismissed without prejudice and without leave to amend due to Plaintiff's failure to exhaust his administrative remedies.

DATED: February 15, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE